otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

LAND FINANCE CORPORATION, Respondent, v. FRANK GIORGIO, JR., Trustee in Bankruptcy of the NOX REALTY CORPORATION, Appellant, and Others, Defendants.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

RAY LEVY, Respondent, v. UTRECHT BUILDING CORPORATION and Others, Defendants. B. GOETZ & BRO., INC., ROMUALDO W. PALMIERI, JACOB BARKAN and ALPERT WOODWORKING CORPORATION, Intervening Appellants.— Motion for extension of time granted. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ. Settle order on notice.

LEMUEL S. MATHEWS, Respondent, v. BOOTH & COMPANY, INC., and Another, Appellants.— Motion for stay denied. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

GERTRUDE VIRGINIA TRUMPLETTE MATTESON, as Executrix, etc., of GERTRUDE A. TRUMPLETTE, Deceased, Respondent, v. NATHAN FELD, Respondent; WALLACE G. MATTESON, Appellant.— Motion to dismiss appeal dismissed. The record submitted shows that there is no appeal by defendant Matteson against defendant Feld, and if there were it would not be effective. (*Price* v. *Ryan*, 255 N. Y. 16.) Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

HENRY J. METZGER and HAROLD METZGER, Appellants, v. GARDENCORNER, INC., and THE GREAT ATLANTIC AND PACIFIC TEA COMPANY, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

CHARLES NESSLER, Respondent, v. GEORGE H. EICHELBERGER, Appellant.— Motion for stay granted. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

ESTHER PITE, Appellant, v. ALLIED REALTY CLEARING HOUSE, INC., and Others, Respondents; LADEN BUILDING CORPORATION and Others, Defendants. (Three Actions.) NORTH WOODSIDE BUILDING MATERIAL CORPORATION, Respondent, v. TILO ROOFING COMPANY, INC., Respondent; PARK MERCANTILE COMPANY, INC., and Others, Appellants; LADEN BUILDING CORPORATION and Others, Defendants. (One Action.) — Motion to dismiss appeals denied upon condition that appellants perfect the appeals for the October term (for which term the cases are set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACK COHEN, Alias HARRY GREENBERG, Alias ZELIG COHEN, Alias JACK HARRIS, Appellant.— Motion to enlarge time granted upon condition that appellant perfect the appeal for the October, 1931, term, and case ordered on the calendar for Monday, October 5, 1931. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RUBEL COAL AND ICE COMPANY, a Corporation, Appellant.— Motion to extend time to abate nuisance granted. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.